DOCKET No. S2 15CR95 AJN  30 mins  DEFENDANT: Hakeem Campbell

AUSA Hagan Scotten  DEF.'S COUNSEL: Scott Tulman
☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA

☐ _____ INTERPRETER NEEDED ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5 ☑ Rule 9 ☐ Rule 5(c)(3) ☐ Detention Hrg.
DATE OF ARREST 4/27/16 ☐ VOL. SURR.
TIME OF ARREST = 2:00 pm ☐ ON WRIT
☐ Other: _____ TIME OF PRESENTMENT 4:45 pm

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE ☐ DETENTION: RISK OF FLIGHT/DANGER ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB
☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☑ CONFERENCE BEFORE D.J. ON 5/2/16
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED        ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED        ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____ ☐ ON DEFENDANT'S CONSENT

DATE: 4/27/16                    _____
                                 UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE     PINK - U.S. ATTORNEY'S OFFICE     YELLOW - U.S. MARSHAL     GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2