LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

369 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NEW YORK 10017
(212) 867-3600
TELECOPIER: (212) 867-1914
WWW.TULMANLAW.COM

May 8, 2016

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, NY 10007

    Re:    <u>United States v. Burrell (Hakeem Campbell)</u>
            S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    I write pursuant to the Court's Order dated May 3, 2016, to confirm that after consulting with my client, Hakeem Campbell, Mr. Campbell waived his right *nunc pro tunc* to be present for the initial scheduling conference conducted on May 2, 2016, and does not wish to schedule an in-person conference.

    Mr. Campbell does not by this letter waive his right to be produced at future scheduling conferences.

                                                    Respectfully submitted,

                                                    Scott B. Tulman

SBT:ss
cc: All parties via ECF