UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-V-                                                                                              15 CR 00095-37 (AJN)

                                                                                                 ORDER

HAKEEM CAMPBELL,

                Defendant
-------------------------------------------------------X

ALISON J. NATHAN, District Judge:

        For the reasons set forth on the record at the conference held on April 28, 1017, the Court relieved CJA attorney Mr. Scott B. Tulman as counsel for defendant Campbell (37) and allowed the substitution of CJA counsel Mr. Michael Koribanics to represent the defendant. As the Court explained on the record, Mr. Koribanics is a member of the District of New Jersey CJA panel, not the SDNY CJA panel. Given the number of defendants in this case and in a related criminal case before Judge Kaplan, United States v. Parrish, No. 16-cr-212, it was necessary to appoint an attorney from the District of New Jersey CJA panel because many of the attorneys on the SDNY and EDNY CJA panel have already been appointed to this case or Parrish or have a conflict that prevents them from being appointed. In light of those facts, and consistent with the section VII(D) of the SDNY CJA Plan, the Court finds that there is good cause which renders it in the interests of justice that Mr. Koribanics, who is not employed by the Federal defenders of New York or a member of the SDNY CJA Panel, be assigned to represent Mr. Campbell. The Court obtained Mr. Campbell consent to the appointment of Mr. Campbell at the April 28, 2017 conference.

        It is FURTHER ORDERED that the Clerk of Court shall terminate the appearance of Mr. Tulman.

    SO ORDERED

    Dated: May 1, 2017

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-1-17