# Sentencing Memorandum

# EXHIBIT

# A

USA vs. HAKEEM CAMPBELL

Docket No. 15-CR-00095-037 (AJN)

Judge Nathan,

My name is Travis Grant I am a 23 year old Personal Trainer and Wellness coach, for the last two years my career has allowed me the privilege of helping others become a better version of themselves physically mentally and emotionally. I am also from the Bronx, specifically the Wakefield Area where I have lived all of my life. Growing up I attended Public school during my toddler days and Catholic School for the duration of my academia ; Saint Mary School in succession to Mount Saint Michal Academy. Growing up in wakefield area many of the kids in the neighborhood became familiar with one another if not by name than by face. Amongst them Hakeem stood out as consistent good person, Ive known Hakeem for 13 years roughly. We lived down the block from one another for much of our lives. Me and Hakeem had our first real social interactions while in high school at Mount Saint Micheal Academy, he had a unique way of getting along with everyone I remember admiring him for not being afraid to be himself and his courage to stand up for himself or those he thought of as friends. I can recall walking home from school with him myself and our mutual friend Josh, to get to our homes we would have to walk down a hill which Hakeem house would be on, we would get to his building first and he would invite us over to his home to hangout, this was a big deal because only people you regarded you would bring into your home were he expressed openly the love he had for his parents and especially for his sister. I remember another time walking through the neighborhood and all the kids of area would be on one block, I'd honestly feel intimated because I didn't know much people but I'd walk up the hill anyway. On a few occasions this would happen and I remember locking eyes with Hakeem as my eyes would scan the area and he never failed to say whats up and greet you with a warm smile and conversation, making you feel comfortable around

everyone. He has always been a consistent person in a world where people say hello to you on one occasion but will ignore you on others. On another occasion I remember going to the local playground to play a game of basketball and a group of kids tried to give us a hard time with the basketball and Hakeem stood up to them, I regarded him highly for that because he didn't have to, could have minded his business, because of him they decided to not bother us anymore. In closing, I have always known Hakeem to be a good person, one of courage, love and compassion, I respectfully ask the court to grant him leniency with his situation.

Sincerely,

Travis Grant

To: Hon Alison J Nathan U.S.D.J
U.S. District Court, SDNY
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2102
New York NY 10007

My name is Anniebell Campbell I am the mother of Hakeem Campbell. I have been married to my very supportive husband Desmond Campbell for the past seventeen years.
Hakeem and I migrated here from Jamaica nineteen years ago and was joined by my husband three years later.
We have three children to which Hakeem is the eldest, the remaining two are my girls ███████, and ███████. We reside at ███████.
This has been our humble abode since migrating to this country.

My family is very close and religious. We make every effort to attend church regularly. I primarily ensure this as a means of enforcing well roundedness, decency and proper morals in our home and in the minds of our children. For years this has been demonstrated within our household.
Hakeem however has had challenges in his teenage years with peer pressure and choosing the wrong crowd.
His father and I tried earnestly in every manner to show him love and guidance, often encouraging him to be a leader and to steer clear of being a follower of unacceptable behavior.
We became concern when he decided not to finish high school, as a result we sought professional help to include PINS Warrant (People in Need of Supervision) and after they did their intensive investigation they deemed it unnecessary to enroll him in a programme.

Hakeem is a very loving and respectful individual. He is the life of the home, always helpful and mannerly with a great sense of humor. He is trustworthy and respects everyone in and around our community.
He has unfortunately and regrettably landed himself on the opposite side of the law and we his family are saddened by it. We are disappointed that he would prefer to follow wrong company
As oppose to his very sound upbringing practices. His absence has left a void in our home which is felt tremendously especially by his two younger sisters who love and look up to him. ███ our youngest
Often break down in school and cries for her brother that teachers would be forced to summon us.

On behalf of myself and our entire family I hereby request that he receive whatever leniency the court system can bestow upon him.

Thank You.

Sincerely

Mrs. Anniebell Campbell

Mt. Vernon, New York 10550

August 31, 2017

To Whom It May Concern

I am writing to let you know of the many qualities of Hakeem Campbell who I have taught at Our Lady of Grace School, as a senior in the school. I have had the opportunity to teach and mentor him, and was pleased with his leadership qualities and great sense of humor.

Hakeem operated with dignity, and while not the top student in the class, he was willing to work hard to achieve high academic goals. He was always willing to help in the school store and would remain after school to help out in the afterschool program. Hakeem loved to help teachers at recess with organization and discipline in the school yard.

On a personal level, may I say that Hakeem is a fun loving young man, loves and respects his elders and peers, and it was a pleasure teaching him for a year.

If any more information is needed, I may be reached at the numbers below.

Thank you.

Mrs. Aylair Smith (Grade 8 Teacher)

 (Home)

(914) - 325- 5517 (Cell)

1

September 29, 2017

To whom this may concern,

My name is Malcom X. Bowser and I am writing on the behalf of Hakeem Campbell. I am 24 years old and a life-long New York City resident. I currently work as a Communications Associate with the New York City Department of Education.

I have known Hakeem since I was thirteen years old when I met him during high school football try-outs at Mount St. Michael Academy in the Bronx. When I met him I immediately gravitated towards him because of his charismatic personality, and down to earth mindset. I was able to connect with him on many topics outside of sports, which was a passion of his. It is extremely unfortunate that Hakeem is in this current predicament and I am truly saddened at the fact he will miss vital time with his daughter. It my hope that the Court may exercise as much leniency that is its power.

Thank you for your consideration.

Best Regards,

Malcom Bowser

To Whom It May Concern:

My name is Joshua Damis and I am a New York City Resident. I am 23 years old and I am currently working as a Fashion Consultant making made to measure suits. I graduated with my BS in Public Health in 2015. I am also the founder of an LLC titled "Heart of the City", which works toward community empowerment and mentorship for young adults.

I have known Hakeem for over 12 years and have grown very close with him and his family over time. I met Hakeem in Our Lady of Grace elementary school and we instantly had a great connection. During our first encounter we realized we lived around the block from each other, causing us to travel both back and forth from school together every day. During these walks we would talk about how we had dreams of going to high school together and eventually changing our families lives in the future.

I watched Hakeem work hard and go against odds, getting accepted into our dream high school Mount Saint Michael Academy. Those memories stand out the most to me because I always admired how Hakeem never let a negative situation define him. At that age I was very insecure because I was obese and didn't have much confidence. Hakeem always stood up for me and would be my friend when no one else would. We had some conversations throughout the years that showed me that even though he was an admired person, he was always thinking about putting his loved ones first.

I witnessed genuine happiness in Hakeem when he had his daughter. Over the years Hakeem showed so much love to both his sisters and Mom. I knew once he found out he was having a daughter it was the best news he received in a while. I just hope that the Court can practice whatever leniency is in their power during Hakeem's case.

Respectfully yours,
Joshua Damis

Dear Judge Nathan,  Nov 1, 2017

My name is ███████████. I am in ██ grade, a ███████ and the ███████████ of Hakeem Campbell. Hakeem would always take me out for shoes, clothes, food. He would run from the Bronx to Mount Vernon to pick me up from school. Now I attend to ███████████ school were he went to for his 8th grade class. In 2013 he brought his girlfriend ███████ ██ children to Our house. One year later he was a father of a girl ███████████████. She is 3 years old going on 13. Her birthday is ███████████. He missed 2 of her birthdays. Pleas show leniency with his situation.

Sincerly,

