# KORIBANICS AND KORIBANICS
## ATTORNEYS AT LAW

MICHAEL P. KORIBANICS*

JOHN KORIBANICS
OF COUNSEL
(1921-2002)

685 VAN HOUTEN AVENUE
CLIFTON, N.J. 07013-2197
PHONE (973) 778-1800
FAX (973) 778-3750

<u>VIA E-FILING</u>

November 27, 2017

Hon. Allison J. Nathan, U.S.D.J.
United States District Court, SDNY
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2102
New York, NY 10007

RE: U.S.A. vs. HAKEEM CAMPBELL
Docket No. 0208 1:s2 15CR00095-037 (AJN)

Dear Judge Nathan:

Kindly accept these supplemental admissions as to Hakeem Campbell for his Sentencing for your consideration.

1. Letter from family member
2. Letter from previous employer
3. Certificate of completion of course at MCC.

Respectfully yours,

Michael P. Koribanics, Esq.

cmr
cc:
Rachel Maimin, AUSA (Via e-mail)
Rebekah Dawson, USPO (Via e-mail)
Hakeem Campbell



* "Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney"