# Sentencing Memorandum

# Supplemental Admissions

## USA vs. HAKEEM CAMPBELL

## Docket No. 15-CR-00095-037 (AJN)

Dear Judge,

My name is [redacted] and with great honor, I say Hakeem Campbell is my brother. Hakeem and I are 10 years apart, so with this he is my older bother. My family and I currently reside in [redacted], .I am [redacted] years old and I now attend [redacted] [redacted] My brother which I love and cherish him dearly. My brother and I really have a close relationship, we tell each other a lot I truly put my trust in my brother. Being away from him so long is truly heartbreaking, I could write a million pages long about him, but I can't, I don't even know where to start, or should I start about the times he was there for me, or the times we would both get in trouble together, or when we play fight and joke around, or staying up late watching tv eating snacks, or cooking for each other, even rapping for each other, so much memories with little space. I can recall when I was younger I didn't see the importance of having a older brother I would always get annoyed when he would laugh at me and make jokes. I could even remember one time when I was in Pre-k 4 to be exact and we both were attending the same school [redacted] [redacted], he was walking me to class remember I was still young. So while walking to he stopped this boy and was like "did you know she peed the bed last night" I was so embarrassed but this is one of many embarrassing moments, Hakeem has caused. One of many things I admire about my brother is personal characteristic he is so determine and if he wants something he will achieve it. My brother was a one to speak up whenever needed, Hakeem and I were close, don't get me wrong I'm close with my little sister as well, but me and him share a different relationship, where we tell each other everything, I remember when he first heard the news that he was granted a daughter, I was overjoyed to see him so happy. One thing I use to most look forward to

was when I received my report card, which consisted of good grades, he would always go and buy me a pair of shoes or clothing, it's not the materialistic objects, but it was more of motivation in making do well. I still try and do my best with him not free but it's heartbreaking, I may hope that the court may exercise as much leniency as possible.

Sincerely,

~~Akkila Campoe~~

Your honor,

I am contacting you about Hakeem Campbell, a defendant in one of your upcoming court cases. I've had the pleasure of supervising Hakeem at a work site for TG Nickel & Associates. He has always demonstrated a great sense of responsibility. He was always punctual and professional. I know him to be an industrious, hardworking, family man who is community-minded. He would always volunteer to work over-time ensuring we would pass safety inspections.

He is a young man who is trying to change his life, I've been in that situation myself. I remember the day he reached out to me for a job, it was then that I knew Hakeem wanted more out of life than just the streets.

Due to this outstanding work performance, I am confidant he will be able to join the staff after completing his prison term. I ask that you please take all of the above into consideration when determining his sentence.

Sincerely,

Lazaro Carrero

# Metropolitan Correctional Center
## New York, New York

### Hakeem Campbell

has satisfactorily completed
INMATE COMPANION TRAINING
and is hereby awarded this

**Certificate of Achievement in Suicide Prevention**

On November 5th, 2016

_____
E.L. Tatum, Jr., Warden

_____
Darlene Imeri, Psy.D.
Staff Psychologist and Coordinator

_____
Elissa Miller, Psy.D.
Chief Psychologist