USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Hakeem Campbell,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of the Defendant's letter dated August 8, 2020. Dkt. No. 2976. The Government is hereby ORDERED to respond to Defendant's letter motion within two weeks of this Order. The Clerk of Court is respectfully directed to mail a copy of this order to the Defendant.

SO ORDERED.

Dated: September 9, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge