

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re: *United States v. Nico Burrell, et al.*, 15 Cr. 95 (AJN),
> Defendant Hakeem Campbell (No. 37)

Dear Judge Nathan:

The Government regrets to relay that it understands from the Bureau of Prisons that defendant Hakeem Campbell has died. In light of Mr. Campbell's death, the Government respectfully requests that the Court terminate as moot his pending 2255 motion (Dkt. 2052) and subsequent pro se letter raising various issues (Dkt. 2976).

                               Respectfully submitted,

                               GEOFFREY S. BERMAN
                               United States Attorney

By:    /s/ Allison Nichols
        Allison Nichols / Hagan Scotten /
        Drew Skinner
        Assistant United States Attorney
        Tel. (212) 637-2366