

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 23, 2020

> 10/26/20
>
> *[signature]*
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.

> In light of Mr. Campbell's death, the Clerk of Court is respectfully directed to terminate all pending motions and to close the case.
> SO ORDERED.

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Nico Burrell, et al.*, 15 Cr. 95 (AJN),
     Defendant Hakeem Campbell (No. 37)

Dear Judge Nathan:

The Government regrets to relay that it understands from the Bureau of Prisons that defendant Hakeem Campbell has died. In light of Mr. Campbell's death, the Government respectfully requests that the Court terminate as moot his pending 2255 motion (Dkt. 2052) and subsequent pro se letter raising various issues (Dkt. 2976).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    /s/ Allison Nichols
       Allison Nichols / Hagan Scotten /
       Drew Skinner
       Assistant United States Attorney
       Tel. (212) 637-2366