# KORIBANICS AND KORIBANICS
### ATTORNEYS AT LAW

MICHAEL P. KORIBANICS*

JOHN KORIBANICS
OF COUNSEL
(1921-2002)

685 VAN HOUTEN AVENUE
CLIFTON, N.J. 07013-2197
PHONE (973) 778-1800
FAX (973) 778-3750

<u>VIA E-FILING</u>

December 9, 2020

Hon. Allison J. Nathan, U.S.D.J.
United States District Court, SDNY
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2102
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

RE: U.S.A. vs. HAKEEM CAMPBELL
Docket No. 0208 1:s2 15CR00095-037 (AJN)

Dear Judge Nathan:

Kindly accept this letter in via of a more formal motion to ask permission to be removed for the ECF notifications on the above captioned case as sadly we received information my client is deceased.

SO ORDERED.



12/10/2020

Thank you for your time and attention to this request.

Respectfully yours,

Michael P. Koribanics, Esq.

cmr

* "Certified by the Supreme Court of New Jersey as a Criminal Trial Attorney"